

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Glenn Blair v. Angela McClinton

Appellate case number:     01-16-00431-CV

Trial court case number:    15-DCV-228828

Trial court:                        505th District Court of Fort Bend County

      Appellant's motion to be officially served is DENIED as moot.

      It is so ORDERED.

Judge's signature: /s/ Jane Bland
              ☑ Acting individually    ☐ Acting for the Court


Date: June 8, 2017